UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __8__

----------------------------------------------

*Saidlin*

-v-

*United Federation of Teachers*

----------------------------------------------

U.S.C.A. # _____

U.S.D.C. # __07-cv-8836__

JUDGE: __VM__

DATE: __DEC. 21, 2007__

*U.S. DISTRICT COURT FILED DEC 21 2007 S.D. OF N.Y.*

## INDEX TO THE RECORD ON APPEAL

| | |
|---|---|
| PREPARED BY (NAME): | THOMAS R. PISARCZYK |
| FIRM: | U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK |
| ADDRESS: | 500 PEARL STREET, ROOM 370 |
| | NEW YORK, NEW YORK 10007 |
| PHONE NO.: | (212) 805 - 0636 |

DISTRICT COURT DOCKET ENTRIES ----------------------------------------

DOCUMENT DESCRIPTION                                                   DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **

** ALL OTHERS MISSING AT THIS TIME **

(✓) Original Record                    (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the **21ST** Day of **DECEMBER**, 2007.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------
Saidin

-v-

United Federation of Teachers
------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-8836

JUDGE: VM

DATE: Dec. 21, 2007

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered **1** Through **7**, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |
| | |
| | **BALANCE OF FILE MISSING AT THIS TIME** |
| | |
| | |
| | |
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this **21ST** Day of **DECEMBER** In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-08836-VM
### Internal Use Only

Saidin v. United Federation of Teachers
Assigned to: Judge Victor Marrero
Cause: 28:1331 Fed. Question: Other

Date Filed: 10/15/2007
Date Terminated: 11/21/2007
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2007 | 1 | ENDORSEMENT on Declaration in Support of Request to Proceed In Forma Pauperis, I.F.P. REQUEST IS GRANTED. (Signed by Judge Kimba M. Wood on 10/15/07) (laq) (Entered: 10/26/2007) |
| 10/15/2007 | 2 | COMPLAINT against United Federation of Teachers. Document filed by Mohammad Ariff Saidin.(laq) (Entered: 10/26/2007) |
| 10/15/2007 | | SUMMONS ISSUED as to United Federation of Teachers. (laq) (Entered: 10/26/2007) |
| 10/15/2007 | | Magistrate Judge Henry B. Pitman is so designated. (laq) (Entered: 10/26/2007) |
| 11/05/2007 | 3 | DECISION AND ORDER that plaintiff Mohammad Ariff Saidin is directed to show cause by 11/15/07, by letter not to exceed three pages, as to why the complaint in this action should not be dismissed as barred, under the doctrine of res judicata, by reason of the dismissal of the same claims asserted by Saidin in a prior action against the US Federation of Teachers, the defendant in this case. (Signed by Judge Victor Marrero on 11/2/07) (cd). (Entered: 11/06/2007) |
| 11/15/2007 | 4 | NOTICE of Claim. Document filed by Mohammad Ariff Saidin. (djc) (Entered: 11/19/2007) |
| 11/16/2007 | 5 | DECISION AND ORDER: the Clerk of Court is directed to enter judgment dismissing the complaint of plaintiff Mohammad Ariff Saidin in this action and to close this case. (Signed by Judge Victor Marrero on 11/16/07) (kco) (Entered: 11/21/2007) |
| 11/21/2007 | | Transmission to Judgments and Orders Clerk. Transmitted re: 5 Order, to the Judgments and Orders Clerk. (kco) (Entered: 11/21/2007) |
| 11/21/2007 | 6 | CLERK'S JUDGMENT That for the reasons stated in the Court's Decision and Order dated November 21, 2007, the complaint is dismissed; accordingly, the case is closed. (Signed by J. Michael McMahon, clerk on 11/21/07) (ml) (Entered: 11/21/2007) |
| 12/17/2007 | 7 | NOTICE OF APPEAL from 6 Clerk's Judgment, 5 Order. Document filed by Mohammad Ariff Saidin. (tp) (Entered: 12/20/2007) |
| 12/17/2007 | | Appeal Remark as to 7 Notice of Appeal filed by Mohammad Ariff Saidin. NO FEE. IFP GRANTED 10/15/07. (tp) (Entered: 12/20/2007) |
| 12/20/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 7 Notice of Appeal. (tp) (Entered: 12/20/2007) |
| 12/20/2007 | | Transmission of Notice of Appeal to the District Judge re: 7 Notice of Appeal. (tp) (Entered: 12/20/2007) |