MANDATE

S.D.N.Y.-N.Y.C.
07-cv-8836
Marrero, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

------

At a stated term of the United States Court of Appeals for the Second
Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl
Street, in the City of New York, on the 4th day of April , two thousand eight,

Present:

> Hon. Guido Calabresi,
> Hon. Richard C. Wesley,*
> *Circuit Judges.*

FILED
APR 0 4 2008
Catherine O'Hagan Wolfe, Clerk
UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

------

Mohammad Ariff Saidin,

> *Plaintiff-Appellant,*

v.                                            07-5713-cv

United Federation of Teachers,

> *Defendant-Appellee.*

------

Appellant, *pro se*, moves for appointment of counsel and "overlooking license evidence in disparate

------

\*The Honorable Pierre N. Leval has recused himself from consideration of this motion.
Pursuant to Second Circuit Local Rule 0.14(b), the matter is being decided by the two remaining
members of the panel.

SAO-jnu

APR - 4 2008

ISSUED AS MANDATE:   MAY - 6 2008

treatment." Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____

2

SAO-jom

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK